SLIP OPINION

Cite as 2015 Ark. App. 77

# ARKANSAS COURT OF APPEALS

DIVISION I
No. CV-14-558

| | |
|---|---|
| COY D. REECE<br>APPELLANT<br><br>V.<br><br>EATON CORPORATION; OLD REPUBLIC INSURANCE COMPANY, SECOND INJURY FUND, DEATH AND PERMANENT TOTAL DISABILITY TRUST FUND<br>APPELLEES | **Opinion Delivered** FEBRUARY 11, 2015<br><br>APPEAL FROM THE ARKANSAS WORKERS' COMPENSATION COMMISSION<br>[NO. F408431]<br><br>AFFIRMED |

**DAVID M. GLOVER, Judge**

Appellant Coy Reese appeals the Workers' Compensation Commission's reversal of the administrative law judge's (ALJ) decision that he was permanently and totally disabled as a result of a 2004 compensable injury. Reece argues that the Commission's decision was in error; he also argues that the Commission erred in disregarding the credibility findings of the ALJ, which violated his constitutional right to due process, and that the Arkansas Workers' Compensation Act fails to ensure judicial independence and violates his substantive and procedural due-process rights.

Reece's constitutional arguments were neither presented to, nor decided by, the Commission and are therefore not properly before us. *Ashcraft v. White River Med. Ctr.*, 2013 Ark. App. 22. As in *Ashcraft*, the remaining issue on appeal concerns the sufficiency of the evidence to support the Commission's findings. Because the Commission's opinion

adequately explains its decision and because we conclude that the Commission's findings are supported by substantial evidence, we affirm by memorandum opinion. *In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985).

Affirmed.

ABRAMSON and HARRISON, JJ., agree.

*Frederick S. "Rick" Spencer*, for appellant.

*Frye Law Firm, P.A.*, by: *William C. Frye*, for appellee.